**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02412-NYW

JOHN MEGGS, et al.

    Plaintiffs,

vs.

CIRCLE K STORES INC.

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    COMES NOW the Plaintiffs, with consent of the Defendant, to inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days. The parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

    Respectfully submitted this 21st day of July 2022.

<u>s/ Jon G. Shadinger Jr.</u>
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Phone (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of July 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
