**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02412-NYW

Meggs, et al.,

                Plaintiffs,

    vs.

Circle K Stores Inc.,

                Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice.

Respectfully Submitted,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
*Attorney for Plaintiffs*

*/s/ Jeremy M. White*
Jeremy M. White, Esq.
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
Phone (202) 756-8694
jmwhite@mwe.com
*Attorneys for Defendant*

Dated: **November 10, 2021**